UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MCGRATH,

                              Plaintiff,

                    -v.-

INFORMATION BUILDERS, INC.,

                              Defendant.

20 Civ. 7062 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        The Court has been informed that mediation in this case was successful

and that the parties reached agreement on all issues.  All deadlines and

conferences are hereby adjourned.  Furthermore, the Court ORDERS that this

action be conditionally discontinued without prejudice and without costs;

provided, however, that on or before **April 7, 2021**, the parties may submit to

the Court their own Stipulation of Settlement and Dismissal for the Court to So

Order.  Otherwise, within such time Plaintiff may apply by letter for restoration

of the action to the active calendar of the Court in the event that the settlement

is not consummated.  Upon such application for reinstatement, the parties

shall continue to be subject to the Court's jurisdiction, the Court shall

promptly reinstate the action to its active docket, and the parties shall be

directed to appear before the Court, without the necessity of additional process,

on a date within ten (10) days of the application, to schedule remaining pretrial

proceedings and/or dispositive motions, as appropriate.  This Order shall be

deemed a final discontinuance of the action with prejudice in the event that

Plaintiff has not requested restoration of the case to the active calendar on or before **April 7, 2021**.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:     March 8, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge